

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | Civil Action No. 18cv0351-AJB-AGS |
| Plaintiff, | |
| V. | |
| $134,000.00 in U.S. Currency | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant $134,000.00 in United States Currency is forfeited to the United States. All right, title, and interest in Defendant Currency is now vested in the United States of America.

Date: 6/7/2018

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano

M. Lozano, Deputy