

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　　　　　　　　　Plaintiff,<br>　　　　　　　V.<br>$134,000.00 in U.S. Currency<br><br>　　　　　　　　　　　Defendant. | Civil Action No.　18cv0351-AJB-AGS<br><br>DEFAULT JUDGMENT<br>IN A CIVIL CASE |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant $134,000.00 in United States Currency is forfeited to the United States. All right, title, and interest in Defendant Currency is now vested in the United States of America.

Date:　　6/8/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ M. Lozano

M. Lozano, Deputy